UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ARNOLD L. JACKSON,                )
                                  )
            Plaintiff,            )
                                  )
    v.                            )    Civil Action No. 08-25 (JR)
                                  )
BILLY L. PONDS, *et al.*,         )
                                  )
            Defendants.           )

## DISMISSAL ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that plaintiff's motion to appoint counsel [Dkt. #4] is DENIED. It is further

ORDERED that the complaint is DISMISSED WITHOUT PREJUDICE.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.


                                JAMES ROBERTSON
                                United States District Judge