08-25 (JR)

4-7-08

Dear Clerk

I'm notifying the court of my address which is USP Leavenworth P.O. Box 1000 Leavenworth, KS. 66048. I'm requesting to know the status of my case Civil Action # 080025JR. I had a family member send a letter to the court in my name letting the court know that I was in transit. This letter didn't include the Civil Action number because I didn't have my property. This is my first chance to notify the court myself. I was in transit from 2-15-08 until 3-12-08. I arrived at my current location on 3-12-08 and I didn't receive my property until 4-4-08. This is the reason for the delay in notifying the court.

Sincerely

Pro-se Mr. Arnold Jackson 37500-037

*Mr. A.H. Jal* (signature)

RECEIVED
APR 11 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT