3/11/08

Dear Clerk;

How are you doing today, I am leaving Allenwood PA. I have been in transit almost a month now they are moving me to a place I don't know where. I will get in touch with you when I get there. Thanks.

Arnold L Jackson
#37500-037
08-25 JR

4/16/08
Leave to file
granted
James Robertson
USDJ

RECEIVED
MAR 12 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT